FILED
AUG 16 2011

UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
SOUTHERN DIVISION

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | \* | CR 09-40106-02 |
| Plaintiff, | \* | |
| vs. | \* | ORDER |
| RAJMATEE KAPADIA, a/k/a Rajmatee Misir, | \* | |
| Defendant. | \* | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Pending before the Court is Defendant Rajmatee Kapadia's Motion to Amend Judgment, Doc. 116, and after consideration of the Motion, together with the file in this matter,

IT IS ORDERED:

1. That Defendant Rajmatee Kapadia's Motion to Amend Judgment, Doc. 116, is granted.

2. That Defendant's reporting date is extended by one week, to August 29, 2011.

3. That the Defendant Rajmatee Kapadia shall report to the United States Marshal in Houston, Texas, if the Bureau of Prisons has not yet designated her place of confinement by the reporting date.

4. That the Probation and Pretrial Services Office will prepare an Amended Judgment in a Criminal Case consistent with this Order.

Dated this 16th day of August, 2011.

BY THE COURT:

Lawrence L. Piersol
United States District Judge

ATTEST:
JOSEPH HAAS, CLERK

BY_____
DEPUTY